*w- pw*

**ORIGINAL**

IGNACIA S. MORENO
Assistant Attorney General
Environmental and Natural Resources Division
U.S. Department of Justice

HENRY FRIEDMAN
Assistant Section Chief
PATRICIA L. HURST
Trial Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 307-1242  Fax: (202) 616-2427
Email: henry.friedman@usdoj.gov
Email: patricia.hurst@usdoj.gov

(Additional Attorneys for United States Listed On Next Page)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 27 2013

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WASTE MANAGEMENT OF HAWAII, ) <br> INC., and CITY AND COUNTY OF ) <br> HONOLULU, ) <br> ) <br> Defendants. ) <br> ) | **CV13 00095** RLP <br><br> Civil Action No. _____ |

FLORENCE T. NAKAKUNI
United States Attorney
United States Attorney's Office
District of Hawaii

DERRICK WATSON
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850 Fax: (808) 541-2958

## UNITED STATES' NOTICE OF LODGING OF CONSENT DECREE

Plaintiff, the United States of America, hereby notifies the Court that it is lodging herewith a Consent Decree in this case pending solicitation and consideration of public comments, in accordance with 28 C.F.R. § 50.7.

In accordance with Department of Justice policy, 28 C.F.R. § 50.7, the Department of Justice will publish in the Federal Register a notice of the lodging of this Consent Decree. This publication will initiate a required 30-day comment period. The publication in the Federal Register typically occurs within five business days of the lodging of the Consent Decree with the Court. The United States will advise the Court when the public comment period has expired. <u>During the pendency of the public comment period, no action is required of the Court.</u>

After the close of the public comment period, the United States will evaluate any comments received and will move for entry of the Consent Decree, unless the comments disclose facts or considerations which indicate that the proposed Decree is inappropriate, improper or inadequate.

Respectfully Submitted,

Date: 2/26/13

_____
HENRY FRIEDMAN
Assistant Section Chief
PATRICIA HURST
Senior Counsel
Environmental Enforcement Section
Environment and Natural Resources
Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 307-1242  Fax: (202) 616-2427
Email: henry.friedman@usdoj.gov
Email: patricia.hurst@usdoj.gov

OF COUNSEL:

BRIAN P. RIEDEL
Assistant Regional Counsel
U.S. EPA, Region 9
75 Hawthorne Street
San Francisco, California  94105

CERTIFICATE OF SERVICE

I, Henry S. Friedman, hereby certify that on February 26, 2013 I caused copies of the foregoing Complaint, Consent Decree and Notice of Lodging to be served by Federal Express overnight courier on the following:

>Andrew W. Kenefick, Senior Legal Counsel
>Waste Management
>720 4th Avenue, Suite 400
>Kirkland, WA  98033
>Email: akenefick@wm.com
>[Waste Management]

>Karen J. Nardi
>Arnold & Porter
>Three Embarcadero Center, 7th Floor
>San Francisco, CA 94111
>Email: karen.nardi@aporter.com
>[Waste Management]

>Dana Viola
>Deputy Corporation Counsel
>City and County of Honolulu
>530 South King Street, Room 100
>Honolulu, HI 96813
>Email: dviola@honolulu.gov
>[City and County of Honolu]

_____
HENRY S. FRIEDMAN
Environmental Enforcement Section
Environment and Natural Resources
    Division
United States Department of Justice
P.O. Box 7611
Washington, D.C.  20044